UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TYLER HOOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:12-CV-2-JAR (DDN) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed November 26, 2012. [ECF No. 25]  Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Noce. Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner.  The parties were granted until December 10, 2012 to file written objections to the Report and Recommendation, but no objections were filed.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [25] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 11th day of February, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE